Norman Moren, defendant in error, v. Jacob Siegel et al., plaintiffs in error. Gen. No. 35,820.

652

filed February 8, 1933.

Elmer W. Arch, for plaintiffs in error; A. J. Schmidt, of counsel. Tarnopol & Flamm, for defendant in error; Irving H. Flamm, of counsel.

Mr. Justice Hebel delivered the opinion of the court.